No. 226. DYER ET AL. *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.

*Warren E. Miller* for petitioners. *Solicitor General Mc-Grath, Assistant Attorney General Sonnett, Abraham J. Harris* and *Fendall Marbury* for the United States. ▪